MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SPAIN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; BACKGROUNDCHECKS.COM LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Bank of America, N.A. (**BANA**) and plaintiff Kathleen Spain, stipulate that BANA shall have up to and including **Wednesday, July 6, 2022**, to file their responsive pleading in this matter. Good cause exists to grant the requested extension so BANA can perform additional research as well as allowing the parties to explore settlement options.

…

…

…

…

…

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Rather, it is intended as a firm date for the parties to either resolve their dispute or move forward with this matter. The parties do not, at this time, request the court's assistance in mediating this matter.

| DATED this 3rd day of June, 2022. | DATED this 3rd day of June, 2022. |
|---|---|
| **AKERMAN LLP** | |
| */s/ Scott R. Lachman* | */s/ Gerardo Avalos* |
| MELANIE D. MORGAN, ESQ. | MICHAEL KIND, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 13903 |
| SCOTT R. LACHMAN, ESQ. | **KIND LAW** |
| Nevada Bar No. 12016 | 8860 South Maryland Parkway, Suite 106 |
| 1635 Village Center Circle, Suite 200 | Las Vegas, Nevada 89123 |
| Las Vegas, Nevada 89134 | |
| | GEORGE HAINES, ESQ. |
| *Attorneys for Bank of America, N.A.* | Nevada Bar No. 9411 |
| | GERARDO AVALOS, ESQ. |
| | Nevada Bar No. 15171 |
| | **FREEDOM LAW FIRM** |
| | 8985 South Eastern Avenue, Suite 350 |
| | Las Vegas, Nevada 89123 |
| | |
| | *Attorneys for Kathleen Spain* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00778-CDS-VCF

6-3-2022
_____
**DATED**

2

63849615;1