DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kathleen Spain,<br><br>                    Plaintiff,<br><br>          v.<br><br>Equifax Information Services, LLC;<br>Backgroundchecks.com LLC; Experian<br>Information Solutions, Inc.; Bank of<br>America, N.A.; Specialized Loan<br>Servicing LLC; and Trans Union LLC.<br><br>                    Defendants. | Case No. 2:22-cv-00778-CDS-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff KATHLEEN SPAIN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 9, 2022, up to and including **July 11, 2022.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

1

1         This is the first request for an extension of time to respond to the Complaint.  This request is

2    made in good faith and not for the purpose of delay.

3

4    Dated:  June 8, 2022                     Dated:  June 8, 2022

5    Respectfully submitted,             Respectfully submitted,

6

7    */s/ Gerardo Avalos*                    */s/ Diana G. Dickinson*
     MICHAEL KIND, ESQ.             DIANA G. DICKINSON, ESQ.

8    KIND LAW                     LITTLER MENDELSON, P.C.

9    GEORGE HAINES, ESQ.         *Attorney for Defendant*
     GERARDO AVALOS, ESQ.       BACKGROUNDCHECKS.COM LLC
     FREEDOM LAW FIRM, LLC

10

11   *Attorneys for Plaintiff*
     KAHTLEEN SPAIN

12

13                              **IT IS SO ORDERED.**

14                              Dated:  June 8, 2022
                                                _____

15

16

17                            _____
                              UNITED STATES MAGISTRATE JUDGE

18

19

20   4863-6492-5216.1 / 107811-1000

21

22

23

24

25

26

27

28

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800