1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
   8985 S. Eastern Ave., Suite 350
5  Las Vegas, Nevada 89123
6  (702) 880-5554
   (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Kathleen Spain*

9
10             **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
11

12 | Kathleen Spain, | Case No.: 2:22-cv-00778-CDS-VCF |

13              Plaintiffs,
          v.                       **Notice of settlement between Plaintiff**
14                                 **and Experian Information Solutions,**
                                   **Inc.**
15  Equifax Information Services LLC;
16  Backgroundchecks.com LLC; Experian
    Information Solutions, Inc.; Bank of
17  America, N.A.; Specialized Loan
18  Servicing LLC; and Trans Union LLC,

19
20              Defendants.

21
22
23
24
25
26
27

NOTICE                  - 1 -

1
2
3

The dispute between Kathleen Spain ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

4
5

Dated: June 8, 2022.

6
7

**FREEDOM LAW FIRM**

8
9
10
11

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kathleen Spain*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

NOTICE                                        - 2 -