George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain, | Case No.: 2:22-cv-00778-CDS-VCF |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Trans Union, LLC** |
| Equifax Information Services LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC, | |
| Defendant(s). | |

NOTICE                   - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The dispute between Kathleen Spain ("Plaintiff") and Trans Union, LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: June 10, 2022.

                                **FREEDOM LAW FIRM**

                                /s/ George Haines
                                George Haines, Esq.
                                Gerardo Avalos, Esq.
                                8985 S. Eastern Ave., Suite 350
                                Las Vegas, Nevada 89123
                                *Counsel for Plaintiff Kathleen Spain*