Joel E. Tasca
Nevada Bar No. 14124
Andrew Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant Specialized Loan Servicing LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SPAIN,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BACKGROUNDCHECKS.COM, LLC; EXPERIAN INFORMATION SOLUTIONS, LLC; BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING, LLC; TRANS UNION LLC,<br><br>　　Defendants. | CASE NO. 2:22-cv-00778-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff and Defendant Specialized Loan Servicing LLC stipulate and agree that Defendant has up to and including June 30, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Defendant additional time to investigate Plaintiff's allegations and for Defendant to prepare a response. This is defendant's first request for an extension. (*See* ECF 5.) The current deadline to file a response is June 9, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

/ / /

/ / /

/ / /

DMFIRM #403584680 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 9, 2022

| BALLARD SPAHR LLP | Freedom Law |
|---|---|
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Specialized Loan Servicing LLC* | By: /s/ Gerardo Avalos<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-16-2022

# Crawford, Adam (LV)

| | |
|---|---|
| **From:** | Gerardo Avalos <gavalos@freedomlegalteam.com> |
| **Sent:** | Wednesday, June 8, 2022 5:26 PM |
| **To:** | Clark, Andrew S. (LV) |
| **Cc:** | Michael Kind; George Haines; Morr, Matthew A. (Denver); Clark, Sherri (Denver) |
| **Subject:** | RE: Spain v. Equifax, et al., 2:22-cv-00778 |

⚠ **EXTERNAL**

Hi Andrew,

You are welcome to file with my signature.

Kind regards,

*Gerardo Avalos, Esq.*
Associate Attorney
Freedom Law Firm
8985 S. Eastern Avenue Suite 350
Las Vegas, NV 89123
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
www.FreedomLegalTeam.com
Frequently Asked Questions





*Please Note: CLIENTS WILL BE SEEN BY APPOINTMENT ONLY*

Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

**From:** Clark, Andrew S. <clarkas@ballardspahr.com>
**Sent:** Wednesday, June 8, 2022 4:58 PM
**To:** Michael Kind <mk@kindlaw.com>; Gerardo Avalos <gavalos@freedomlegalteam.com>
**Cc:** George Haines <ghaines@freedomlegalteam.com>; Morr, Matthew A. <MorrM@ballardspahr.com>; Clark, Sherri <ClarkS@ballardspahr.com>
**Subject:** RE: Spain v. Equifax, et al., 2:22-cv-00778

Gerardo,

Please find the attached stipulation to extend time to respond to the complaint. If this is acceptable, I'll get it filed.

Thanks,

**Andrew S. Clark**

**Ballard Spahr** LLP

One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
702.868.7528 DIRECT
702.471.7070 FAX

clarkas@ballardspahr.com
VCARD

---

www.ballardspahr.com

2