GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SPAIN, | Case No. 2:22-cv-00778-CDS-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; BACKGROUNDCHECKS.COM LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, N.A.; SPECIALIZED OAN SERVICING LLC; and TRANS UNION LLC, | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 8, 2022 through and including **August 8, 2022**. The request was made by Equifax so that the parties may have additional

//

//

//

1  time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good
2  faith and not intended to cause delay.
3       Respectfully submitted, this 7th day of July, 2022.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  7-7-2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of July, 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com