George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Kathleen Spain,

Plaintiff(s),

v.

Equifax Information Services LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC,

Defendant(s).

Case No.: 2:22-cv-00778-CDS-VCF

**Notice of settlement between Plaintiff and Equifax Information Services LLC**

The dispute between Kathleen Spain ("Plaintiff") and Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: July 19, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines

George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kathleen Spain*