DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:     702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Equifax Information Services, LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC.<br><br>　　　　　Defendants. | Case No. 2:22-cv-00778-CDS-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM, LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[THIRD REQUEST]** |

Plaintiff KATHLEEN SPAIN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of August 10, 2022, up to and including **September 9, 2022.**

This is the third request for an extension of time to respond to the Complaint. The requested extension is necessary due to attempts to resolve this matter. The additional time will allow the parties to complete these discussions regarding the handling of the case and potential resolution before having to engage in motion practice.

/ / /

/ / /

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

1

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated:  August 2, 2022

Respectfully submitted,

*/s/ Gerardo Avalos*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
KATHLEEN SPAIN

Dated:  August 2, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM, LLC

**IT IS SO ORDERED.**

Dated:  8-2-2022

_____
UNITED STATES MAGISTRATE JUDGE

4892-8915-0252.1 / 107811-1018

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2