1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  scott.lachman@akerman.com

7  *Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN SPAIN, | Case No.: 2:22-cv-00778-CDS-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC; BACKGROUNDCHECKS.COM LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING LLC; and TRANS UNION LLC, | **(THIRD REQUEST)** |
| Defendants. | |

Defendant Bank of America, N.A. (**BANA**) and plaintiff Kathleen Spain stipulate that BANA shall have up to and including **September 2, 2022**, to file their responsive pleading in this matter. The current deadline is August 3, 2022. Good cause exists to grant the requested extension so BANA and Spain can continue to explore settlement. These parties are making progress toward settlement and could use one more month to come to resolution on material terms. These parties will file a notice of settlement or similar document at the appropriate time.

…

…

…

…

This is the parties third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties do not, at this time, request the court's assistance in mediating this matter.

| DATED this 3rd day of August, 2022. | DATED this 3rd day of August, 2022. |
|---|---|
| **AKERMAN LLP** | |
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Gerardo Avalos* <br> MICHAEL KIND, ESQ. <br> Nevada Bar No. 13903 <br> **KIND LAW** <br> 8860 South Maryland Parkway, Suite 106 <br> Las Vegas, Nevada 89123 <br><br> GEORGE HAINES, ESQ. <br> Nevada Bar No. 9411 <br> GERARDO AVALOS, ESQ. <br> Nevada Bar No. 15171 <br> **FREEDOM LAW FIRM** <br> 8985 South Eastern Avenue, Suite 350 <br> Las Vegas, Nevada 89123 <br><br> *Attorneys for Kathleen Spain* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00778-CDS-VCF

8-4-2022
_____
**DATED**

2

65559055;1