George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>         Plaintiff(s),<br>   v.<br><br>Equifax Information Services LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC,<br><br>         Defendant(s). | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**Notice of settlement between Plaintiff and Specialized Loan Servicing LLC** |

NOTICE                           - 1 -

1   The dispute between Kathleen Spain ("Plaintiff") and Specialized Loan
2 Servicing LLC ("Defendant") has been resolved. Plaintiff anticipates filing
3 dismissal documents as to Plaintiff's claims against Defendant within 60 days.

    Dated: August 8, 2022.

                                   **FREEDOM LAW FIRM**

                                   /s/ George Haines
                                   George Haines, Esq.
                                   Gerardo Avalos, Esq.
                                   8985 S. Eastern Ave., Suite 350
                                   Las Vegas, Nevada 89123
                                   *Counsel for Plaintiff Kathleen Spain*