**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KATHLEEN SPAIN,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, et al.,<br><br>        Defendant(s). | 2:22-cv-00778-CDS-VCF<br>**ORDER** |

   Before the court is *Kathleen Spain v. Equifax Information Services, et al.*, case number 2:22-cv-00778-CDS-VCF.

   A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

   Accordingly,

   IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before August 30, 2022.

   DATED this 16th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE