1  DIANA G. DICKINSON, Bar No. 13477
   LITTLER MENDELSON P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, Nevada 89169.5937
   Telephone:   702.862.8800
4  Fax No.:     702.862.8811
   Email: ddickinson@littler.com
5
   Attorney for Defendant
6  BACKGROUNDCHECKS.COM LLC

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 | Kathleen Spain,                          | Case No. 2:22-cv-00778-CDS-VCF

12 |            Plaintiff,

13 |     v.                                   | **STIPULATION TO EXTEND TIME TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

14 | Equifax Information Services, LLC;
   | Backgroundchecks.com LLC; Experian
15 | Information Solutions, Inc.; Bank of      | **[FIRST REQUEST]**
   | America, N.A.; Specialized Loan
16 | Servicing LLC; and Trans Union LLC.

17 |            Defendants.

18

19        Plaintiff KATHLEEN SPAIN ("Plaintiff"), Defendant BACKGROUNDCHECKS.COM LLC

20 ("BGC"), and Defendant BANK OF AMERICA, N.A. ("BANA"), by and through their undersigned

21 counsel, do hereby stipulate and agree as follows:

22        WHEREAS, on May 16, 2022, Plaintiff initiated this action against five defendants;

23        WHEREAS, as of the date of this stipulation, only Defendant Specialized Loan Servicing LLC

24 has responded to the Complaint (**ECF No. 23**);

25        WHEREAS, Plaintiff has filed notices of settlement with Specialized Loan Servicing LLC

26 (**ECF No. 38**) and Equifax Information Services LLC (**ECF No. 32**);

27        WHEREAS, Defendant Trans Union LLC has not appeared in the case;

28        WHEREAS, the deadline for BANA to respond to the Complaint is September 2, 2022 (**ECF**

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

1

**No. 37**) and the deadline for BGC to respond to the Complaint is September 9, 2022 (**ECF No. 35**);

WHEREAS, on August 16, 2022, the Court ordered the parties to submit a proposed discovery plan and scheduling order on or before August 30, 2022 (**ECF No. 43**);

IT IS HEREBY STIPULATED between the parties and respectfully requested that the Court extend the deadline to submit a discovery plan and scheduling order until two weeks after the first remaining defendant responds to the Complaint. but not later than October 3, 2022.

Dated:  August 30, 2022

/s/ Gerardo Avalos, Esq.
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
KAHTLEEN SPAIN

/s/ Diana G. Dickinson, Esq.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

/s/ Scott Lachman, Esq.
MELANIE D. MORGAN, ESQ.
SCOTT R. LACHMAN, ESQ.
AKERMAN LLP

*Attorney for Defendant*
Bank of America, N.A.

**IT IS SO ORDERED.**

Dated:  8-31-2022

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2