George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>Equifax Information Services LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC,<br><br>　　　　　Defendant(s). | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**Notice of settlement between Plaintiff and Backgroundchecks.com LLC** |

The dispute between Kathleen Spain ("Plaintiff") and Backgroundchecks.com LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 2, 2022.

                                  **FREEDOM LAW FIRM**

                                  /s/ George Haines
                                  George Haines, Esq.
                                  Gerardo Avalos, Esq.
                                  8985 S. Eastern Ave., Suite 350
                                  Las Vegas, Nevada 89123
                                  *Counsel for Plaintiff Kathleen Spain*