MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SPAIN,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>BACKGROUNDCHECKS.COM           LLC;<br>EXPERIAN   INFORMATION   SOLUTIONS,<br>INC.;   BANK   OF   AMERICA,   N.A.;<br>SPECIALIZED LOAN SERVICING LLC; and<br>TRANS UNION LLC,<br><br>                    Defendants. | Case No.:  2:22-cv-00778-CDS-VCF<br><br>**STIPULATION   AND   ORDER   TO<br>EXTEND   TIME   TO   RESPOND   TO<br>COMPLAINT**<br><br>**(FIFTH REQUEST)** |

        Defendant Bank of America, N.A. (**BANA**) and plaintiff Kathleen Spain stipulate that

BANA shall have up to and including **October 3, 2022**, to file a responsive pleading in this matter.

The current deadline is September 23, 2022.  Good cause exists to grant the requested extension so

BANA and Spain can continue to explore settlement.  These parties continue to make progress

toward settlement and could use an additional ten days to come to resolution.  These parties will file

a notice of settlement or similar document at the appropriate time.  Should the parties not reach a

settlement, then BANA and Spain will also submit a discovery plan on October 3, 2022 per court

order.  ECF No. 45.  This will be the final requested extension of this deadline.

. . .

66176587;1

The parties previously requested an extension of this deadline and this additional extension is not intended to cause any delay or prejudice to any party. The parties do not, at this time, request the court's assistance in mediating this matter.

| | |
|---|---|
| DATED this 22nd day of September, 2022.<br><br>**AKERMAN LLP**<br><br>*/s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | DATED this 22nd day of September, 2022.<br><br><br><br>*/s/ Gerardo Avalos*<br>MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>**KIND LAW**<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>**FREEDOM LAW FIRM**<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Kathleen Spain* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.:  2:22-cv-00778-CDS-VCF
         9-22-2022

_____
**DATED**

2

66176587;1