Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>              Plaintiff,<br><br>  v.<br><br> Equifax Information Services LLC, et al.,<br><br>              Defendants. | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**Notice of voluntary dismissal of Trans Union, LLC with prejudice** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Kathleen Spain voluntarily dismisses with prejudice the claims against Trans Union, LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 13, 2022.

                                         **K**IND **L**AW

                                      /s/ Michael Kind
                                      Michael Kind, Esq.
                                      8860 South Maryland Parkway, Suite 106
                                      Las Vegas, Nevada 89123
                                      *Attorney for Plaintiff Kathleen Spain*