1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **Kind Law**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7  *Attorney for Plaintiff Kathleen Spain*

8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9

10

11  Kathleen Spain,                          Case No.: 2:22-cv-00778-CDS-VCF
12            Plaintiff,
13   v.                                       **Notice of voluntary dismissal of Experian Information Solutions, Inc. with prejudice**
14
15  Equifax Information Services LLC, et al.,,
16            Defendant.

17       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
18  Kathleen Spain voluntarily dismisses with prejudice the claims against Experian
19  Information Solutions, Inc. in this case. Each party will bear its own costs,
20  disbursements, and attorney fees.

21       Dated: October 13, 2022.

22                                  **KIND LAW**

23
                                    /s/ Michael Kind
24                                  Michael Kind, Esq.
25                                  8860 South Maryland Parkway, Suite 106
                                    Las Vegas, Nevada 89123
26                                  *Attorney for Plaintiff Kathleen Spain*

27

NOTICE                              - 1 -