Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br>          Plaintiff,<br>v.<br><br>Equifax Information Services LLC, et al.,<br>          Defendants. | Case No.: 2:22-cv-00778-CDS-VCF<br>**Stipulation of dismissal of Specialized Loan Servicing LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kathleen Spain and Specialized Loan Servicing LLC stipulate to dismiss Plaintiff's claims against Specialized Loan Servicing LLC with prejudice.

STIPULATION                                           - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 17, 2022.

| | |
|---|---|
| **KIND LAW** | **BALLARD SPAHR LLP** |
| /s/ Michael Kind | /s/ Andrew S. Clark |
| Michael Kind, Esq. | Andrew S. Clark, Esq. |
| 8860 South Maryland Parkway, Suite 106 | 1980 Festival Plaza Dr #900 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89135 |
| | *Counsel for Specialized Loan Servicing LLC* |
| **FREEDOM LAW FIRM** | |
| /s/ George Haines | |
| George Haines, Esq. | |
| 8985 S. Eastern Ave., Suite 350 | |
| Las Vegas, Nevada 89123 | |
| *Counsel for Plaintiff Kathleen Spain* | |

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____

STIPULATION             - 2 -