Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Kathleen Spain, | Case No.: 2:22-cv-00778-CDS-VCF |
|---|---|
| Plaintiff, | |
| v. | **Notice of voluntary dismissal of Equifax Information Services LLC with prejudice** |
| Equifax Information Services LLC; et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Kathleen Spain voluntarily dismisses with prejudice the claims against Equifax Information Services LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 5, 2023.

                                          **KIND LAW**

                                          /s/ Michael Kind
                                          Michael Kind, Esq.
                                          8860 South Maryland Parkway, Suite 106
                                          Las Vegas, Nevada 89123
                                          *Attorney for Plaintiff Kathleen Spain*