Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kathleen Spain*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>　　　　　Plaintiff(s,)<br><br>  v.<br><br>Equifax Information Services LLC; Backgroundchecks.com LLC; Experian Information Solutions, Inc.; Bank of America, N.A.; Specialized Loan Servicing LLC; and Trans Union LLC,<br><br>　　　　　Defendant(s). | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**Notice of voluntary dismissal of Experian Information Solutions, Inc. with prejudice** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Kathleen Spain voluntarily dismisses with prejudice the claims against Experian Information Solutions, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 11, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Kathleen Spain*

NOTICE - 2 -