Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Kathleen Spain, | Case No.: 2:22-cv-00778-CDS-VCF |
|---|---|
| Plaintiff, | |
| v. | **Notice of settlement between Plaintiff and Bank of America, N.A.** |
| Equifax Information Services LLC. et al. | |
| Defendants. | |

The dispute between Kathleen Spain ("Plaintiff") and Bank of America, N.A. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: April 3, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Kathleen Spain*

NOTICE  - 1 -