Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Kathleen Spain*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Spain,<br><br>                Plaintiff<br><br>v.<br><br>Equifax Information Services LLC, et al,<br><br>                Defendants | Case No.: 2:22-cv-00778-CDS-VCF<br><br>**Stipulation for dismissal of Bank of America, N.A. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kathleen Spain and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against

STIPULATION                                              1

Bank of America, N.A. with prejudice. Each party will bear its own costs, disbursements, and attorney fees. The Clerk of Court may close this case.

Dated: April 19, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kathleen Spain*

**AKERMAN LLP**

/s/ Donna Wittig
Scott Lachman, Esq.
Melanie Morgan, Esq.
Donna Wittig. Esq.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 20, 2023